

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DEFENDANT(S). | CASE NUMBER 23-MJ-3586-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _August 7_ , _2023_ , at _10:30_ ☒a.m. / ☐p.m. before the Honorable _Eick_ , in Courtroom _750_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/1/23_

_____
U.S. District Judge/Magistrate Judge