RUBEN T. MUNOZ
ATTORNEY AT LAW, SBN 195421
255 NORTH MARKET STEET
STE. 265
SAN JOSE, CA 95110
TEL: (408) 205-3383

Attorney for Defendant

IN UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNINA

| | |
|---|---|
| UNITED STATES OF EMERICA, | No. 2:23-CR-00382-FLA-2 |
| Plaintiff, | DEFENDANT'S SENTINCING MEMORANDUM |
| vs. | DATE: September 6, 2024 |
| DAVID CRUZ HERNANDEZ, | TIME: 11:00 a.m. |
| Defendant. | Honorable Fernando L. Aenlle-Rocha |

On May 3, 2024, David Cruz Hernandez pled guilty to Count 1 of the Indictment: a violation of 18 U.S.C. § 371, conspiracy to engage in the business of dealing firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A), and deliver firearms to a carrier without written notice, in violation of 18U.S.C. § 922(e) Mr. Morales pled guilty pursuant Rule 11(c)(1)(A) and (B). He also pled guilty to Count 7 of the Indictment a violation of 18 U.S.C. §922(g)(5), unlawful shipments of firearms by an alien.

On August 2, 2024, the Presentence Investigation Report was filed by the United States Probation Department. Mr. Cruz Hernandez agrees with the Probations report, factual findings, and the calculation of the applicable Guidelines range and the total offense level of 30 and a criminal history category I.

Mr. Cruz Hernandez requests the court to be sentenced to 60 months in prison.

Under18 USC 3553(a), the Court "shall impose a sentence that is sufficient, but not greater than necessary, to comply with the purposes [of the]… need for the sentence imposed:

1. (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.
2. (B) to afford adequate deterrence to criminal conduct.
3. (C) to protect the public from further crimes of the defendant; and
4. (D) to provide the defendant with the needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. §3553(a)(2)(A)-(D). In determining the minimally sufficient sentence, courts consider these purposes, as well as "the nature and circumstances of the offense and the history and characteristics of the defendant,"(§3553(a)(1), "the kinds of sentences available" (§3553(a)(3)), "the need to avoid unwanted sentence disparities" (§3553(a)(6)), and "the need to provide restitution"(§ 3553(a)(7).

The court must also consider the applicable guideline ranges, but those guidelines are advisory under *United States v. Booker*, 543 U.S. 220 (2005). 18 U.S.C. §3553(a)(4). And the sentencing guidelines are not merely advisory, but also are to be given no more weight than any other factor under Section 3553. *Kimbrough v. United States*, 552 U.S. 85 (2007). In short, the sentencing court retains significant discretion to "tailor the sentence in light of other statutory concerns as well." *Id.*

Mr. Cruz Hernandez in a citizen of Mexico. He is 34 years old. He was born in the state a Veracruz, MX. His family was extremely poor. He recalls not having shoes as a child and having very few clothes to wear. He was also bullied in school because the color of his skin was much lighter than the other kids. At the age of 12 he dropped out of school, and began working to help the family financially. Due to the extreme poverty, the father took him and his sibling to the state of Sinaloa MX to work in the fields. There, he lived in a camp-like housing with other families. There was no electricity, plumbing, or running water. Some years later, his father abandoned him and his siblings after the father said he was going to run an errand and never returned.

It was there in the fields of Sinaloa, MX that he met his wife. They have been married for 17 years, and have three children. His wife and children live in the Sacramento area.

| | |
|---|---|
| 1 | Mr. Cruz Hernandez has had employment since coming to the United States. Since 2016, he had worked at L&S framing as a carpenter making up to $40 an hour. While working there, in 2022, he inured his back when he fell of a ladder. To this date, he continues to experience pain on his leg. |

Mr. Cruz Hernandez has had employment since coming to the United States. Since 2016, he had worked at L&S framing as a carpenter making up to $40 an hour. While working there, in 2022, he inured his back when he fell of a ladder. To this date, he continues to experience pain on his leg.

Mr. Cruz Hernandez has accepted his wrongful conduct in this case. Hi has no prior criminal history of any kind. He is remorseful for his actions, and is looking forward to completing his time in custody, and be released to his family.

Defendant respectfully submits that a sentence of 60 months is just, reasonably, and sufficient to punish him for his conduct under the applicable law.

Dated: August 25, 2024

Respectfully submitted,

Ruben Munoz,
Attorney for David Cruz Hernandez